No. 828. LOCAL No. 149, INTERNATIONAL UNION UNITED AUTOMOBILE, AIRCRAFT & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW–AFL–CIO) *v.* AMERICAN BRAKE SHOE Co. C. A. 4th Cir. Certiorari denied. *Lowell Goerlich, J. Lynn Lucas* and *Harold A. Cranefield* for petitioner.

No. 830. HOOVER ET AL. *v.* PENNSYLVANIA RAILROAD Co. Supreme Court of Pennsylvania. Certiorari denied. *Michael A. Foley* and *B. Nathaniel Richter* for petitioners. *Gordon W. Gerber* and *Philip Price* for respondent.

No. 832. NELSON *v.* MOORE-McCORMACK LINES, INC. C. A. 2d Cir. Certiorari denied. *Murray Gartner* for petitioner. *Eugene Underwood* for respondent.

No. 837. LEWIS ET AL., TRUSTEES, *v.* MEARS, DOING BUSINESS AS MEARS COAL Co. C. A. 3d Cir. Certiorari denied. *Val J. Mitch, Harold H. Bacon, Charles L. Widman, A. E. Kountz, Alexander Unkovic* and *M. E. Boiarsky* for petitioners. *J. Lee Miller* for respondent.

No. 848. SILVER *v.* CITY OF LOS ANGELES ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se.* *Roger Arnebergh* and *Bourke Jones* for the City of Los Angeles, and *James J. Arditto* and *Joseph A. Ball* for Los Angeles Harbor Oil Development Co., respondents.

No. 896. BASIC TOOL INDUSTRIES, INC., *v.* WIKLE, TRUSTEE. C. A. 9th Cir. Certiorari denied. *J. Robert Arkush* for petitioner. *Francis F. Quittner* for respondent.